IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50003
Summary Calendar
_____

UNITED STATES OF AMERICA

            Plaintiff - Appellee

    v.

ESEQUIEL DE LA ROSA-SORIA

            Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-99-CR-499-ALL-WWJ
--------------------
October 15, 2001

Before KING, Chief Judge, and HIGGINBOTHAM and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

    Esequiel De La Rosa-Soria appeals his sentence following his
guilty-plea conviction for illegally reentering the United States
after having been previously deported, in violation of 8 U.S.C.
§§ 1326(a) and (b)(2).  De La Rosa argues that the district court
erred in determining that his cultural assimilation into this
country is not a legally permissible ground for downward
departure under the U.S. Sentencing Guidelines.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Because "cultural assimilation is a permissible basis for downward departure," we VACATE De La Rosa's sentence and REMAND to the district court for a determination whether De La Rosa is entitled to a downward departure on the basis of cultural assimilation.  See United States v Rodriquez-Montelongo, ___ F.3d ___ (5th Cir. Aug 23, 2001, No. 00-51023), 2001 WL 958907, *4.

De La Rosa has filed an unopposed motion for leave to file a supplemental brief in which he seeks to raise, for the first time on appeal, an additional issue based on the Supreme Court's decision in Apprendi v. New Jersey, 530 U.S. 466 (2000).  The Government has also filed an unopposed motion for leave to file a supplemental brief which seeks to address De La Rosa's new Apprendi argument.  Both motions are denied without prejudice to De La Rosa's right to raise his Apprendi issue in the district court at resentencing.

SENTENCE VACATED; REMANDED FOR RESENTENCING; MOTIONS DENIED.